IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01069-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

RICHARD HUFFMAN,

    Plaintiff,

v.

COUNSELOR FLORES, and
DR. ATKINS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff initiated this action on April 14, 2014, by filing *pro se* a document entitled "Emergency Injunction" (ECF No. 1) with the Court.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document is deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)  xx  is not submitted.
(2)  ___  is missing affidavit
(3)  xx  is missing a certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing.
(4)  ___  trust fund account statement is missing certification by authorized prison official.
(5)  ___  is missing required financial information
(6)  xx  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form
(9)  ___  names in caption do not match names in caption of complaint, petition or

      habeas application
(10) xx other: <u>Plaintiff may pay the $400 filing fee instead of filing the documents necessary to proceed *in forma pauperis.*</u>

**Complaint, Petition or Application**:
(11) xx is not submitted
(12) ___ is not on proper form
(13) ___ is not signed by the Plaintiff
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

  FURTHER ORDERED that Plaintiff shall obtain copies of the court-approved forms for filing a Prisoner's Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov). It is

  FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

  DATED April 15, 2014, at Denver, Colorado.

            BY THE COURT:

            s/Boyd N. Boland
            United States Magistrate Judge