IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01069-BNB

RICHARD HUFFMAN,

    Plaintiff,

v.

COUNSELOR FLORES, and
DR. ATKINS,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Richard Huffman, is a prisoner in the custody of the Federal Bureau of Prisons currently incarcerated at the United States Penitentiary in Tucson, Arizona. He initiated the instant action by submitting *pro se* a document entitled "Emergency Injunction" (ECF No. 1). The Court reviewed the document and determined it was deficient. Therefore, on April 15, 2014, the Court entered an order directing Mr. Huffman to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

    The April 15 order pointed out that Mr. Huffman failed to submit either the $400.00 filing fee or a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form with an authorization and certificate of prison official, together with a copy of his trust fund account statement for the six-month period immediately preceding this filing. The April 15 order also pointed out that Mr. Huffman failed to submit a Prisoner Complaint on the proper, Court-

approved form.  The April 15 order directed Mr. Huffman to obtain, with the assistance of his case manager or the facility's legal assistant, the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint.  The April 15 order warned him that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On April 30, 2014, the April 15 order was returned to the Court as undeliverable because of an "insufficient address."  On May 6, 2014, the Court entered a minute order correcting Plaintiff's address and directing the Clerk of the Court to send the April 15 order to Plaintiff at the correct address.  The minute order provided Plaintiff with an additional thirty days to comply with the April 15 order to cure.

Mr. Huffman has failed to cure the designated deficiencies as directed within the time allowed, or communicate with the Court in any way since April 14, 2014.  Therefore, the action will be dismissed without prejudice for Mr. Huffman's failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Huffman files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

```
```

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Richard Huffman, to cure the deficiencies designated in the order to cure of April 15, 2014, within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 13th day of June, 2014.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court