IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01069-LTB

RICHARD HUFFMAN,

　　　　Plaintiff,

v.

COUNSELOR FLORES, and
DR. ATKINS,

　　　　Defendants.

_____

JUDGMENT

_____

　　　　Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on June 13, 2014, it is hereby

　　　　ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

　　　　DATED at Denver, Colorado, this 13th day of June, 2014.

　　　　　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　JEFFREY P. COLWELL, Clerk


　　　　　　　　　　　　　　　　By: s/K Lyons
　　　　　　　　　　　　　　　　　　Deputy Clerk